## Albert BROWNING *v.* STATE of Arkansas

CR 80-263                           614 S.W. 2d 937

Supreme Court of Arkansas
March 9, 1981

*Stevan B. Dalrymple*, for appellant.

*Steve Clark*, Atty. Gen., for appellee.

PER CURIAM. Appellant Albert Browning, by his attorney, has again filed for a rule on the clerk. In a Per Curiam opinion issued January 19, 1981, we denied a similar motion.

His attorney, Stevan B. Dalrymple, has attached an affidavit admitting that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.